UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-245-MOC-WCM

| | |
|---|---|
| MALEENA RECTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ROBERT DENNIES BURNETTE, III, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court following Plaintiff's Motion to Dismiss Complaint without Prejudice, filed pursuant to FED. R. CIV. P. 41(a)(2). (Doc. No. 18). Defendant has not responded to the motion, and the time do so has passed.

The motion is **GRANTED**. This action is **DISMISSED** without prejudice.

Furthermore, the Clerk shall terminate as **MOOT** Defendant Burnette's Motion to Dismiss, (Doc. No. 14), and Motion for Appropriate Relief, (Doc. No. 15).

**IT IS SO ORDERED**.

Signed: January 27, 2025

Max O. Cogburn Jr.
United States District Judge